JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):

First Listed Plaintiff:
Judy Knudson ;
1 Citizen of This State;
**County of Residence:** Christian County

### Defendant(s):

First Listed Defendant:
Bayer HealthCare LLC ;
5 Incorporated and Principal Place of Business in Another State; New Jersey
**County of Residence:** Outside This District

Additional Defendants(s):
Elanco Animal Health, Inc. ;
5 Incorporated and Principal Place of Business in Another State; Indiana

**County Where Claim For Relief Arose:** Christian County

### Plaintiff's Attorney(s):

Matthew L. Dameron (Judy Knudson)
Williams Dirks Dameron LLC
1100 Main Street, Ste 2600
Kansas City, Missouri 64105
**Phone:** 8169457110
**Fax:** 8169457110
**Email:** matt@williamsdirks.com

### Defendant's Attorney(s):

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)
  **Plaintiff:** 1 Citizen of This State
  **Defendant:** 5 Incorporated and Principal Place of Business in Another State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 385 Personal Property Damage Product Liability
**Cause of Action:** 29 USC 1332
**Requested in Complaint**
  **Class Action:** Class Action Under FRCP23
  **Monetary Demand (in Thousands):**
  **Jury Demand:** Yes
  **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Matthew L. Dameron

**Date:** 5/3/2021

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.