**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Judy Knudson

                              Plaintiff,

v.                                                      Case No.: 1:21–cv–04449
                                                        Honorable John Robert Blakey

Bayer Healthcare LLC, et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 17, 2025:

        MINUTE entry before the Honorable John Robert Blakey: Pursuant to the Final
Approval Order filed on 1/6/2025 in Case No. 1:21cv4447, the Court dismisses this case
with prejudice. Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.